UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TIRA MISU,

             Plaintiff,

    -against-

COLGATE PALMOLIVE CORP.,

             Defendant.

------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 30 2009 ★

**BROOKLYN OFFICE**

**CIVIL JUDGMENT**
09-CV-2656 (NGG)

        Pursuant to the Order issued today by the undersigned dismissing the Complaint, it is,

        ORDERED, ADJUDGED AND DECREED: That the Complaint is hereby dismissed. For purposes of any appeal, the court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any in forma pauperis appeal would not be taken in good faith.

              s/Nicholas Garaufis
              Nicholas G. Garaufis
              United States District Judge

Dated: Brooklyn, New York
        June 30 , 2009